**FILED**

01/19/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0041

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0041

_____

STATE OF MONTANA,

     Plaintiff and Appellee,

v.

JAMES MICHAEL PARKER,

     Defendant and Appellant.

ORDER

_____

Upon consideration of Appellant's unopposed motion for extension of time and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including February 27, 2023, within which to prepare, file, and serve Appellant's opening brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 19 2023